[Criminal No. 247.   Filed March 27, 1908.]

[95 Pac. 1133.]

HENRY DAVIS, Defendant and Appellant, v. THE TERRITORY OF ARIZONA, Respondent

APPEAL from a judgment of the District Court of the Fifth Judicial District, in and for the County of Gila.   Frederick S. Nave, Judge.   Affirmed.

The necessary facts are stated in the opinion.

George K. French, for Appellant.

E. S. Clark, Attorney General, for Respondent.

PER CURIAM.—The appellant was convicted of murder in the first degree, and appeals.   Although the appellant was sentenced to suffer death, his counsel has not seen fit to assist us in the examination of the merits of his case by assigning any errors or by filing a brief in his behalf.   As required by the statute, we have carefully examined the record.   We find no error, and the judgment of the district court is therefore affirmed.

NAVE, J., not sitting.